**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60162-CV-MIDDLEBROOKS/Augustin-Birch

J. MERCED CORTES AVALOS,

    Petitioner,

v.

CHARLES PARRA, et al.,

    Respondents.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), signed on February 10, 2026. (DE 15). The Report recommends granting Petitioner J. Merced Cortes Avalos's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). The Report set a seven-day deadline for the filing of objections. (DE 15 at 6). It has been more than seven days, and no objections have been filed.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 15) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(3) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19th of February, 2026.

_____
Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch;
              Counsel of Record;